UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY MIRE,

    Plaintiff,

-vs-                              CASE NO.: 3:21-cv-00238-MMH-JRK

GULF COAST COLLECTIONS
BUREAU, INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT PENDING AS TO DEFENDANT,
GULF COAST COLLECTIONS BUREAU, INC.**

Plaintiff, Jeffrey Mire ("Plaintiff"), by and through the undersigned counsel, hereby notifies the Court that Plaintiff and Gulf Coast Collections Bureau, Inc. ("Gulf Coast") have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, Plaintiff and Gulf Coast will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

Abbye E. Alexander, Kaufman Dolowich Voluck, LLP, 301 E. Pine Street, Suite 840, Orlando, FL 32801 (aalexander@kdvlaw.com).

*/s/ Jason R. Derry*
Jason R. Derry
Florida Bar No.: 0036970
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 257-0577
jderry@ForThePeople.com
jkneeland@ForThePeople.com
eshillinglaw@ForThePeople.com
smcgee@ForThePeople.com
*Attorney for Plaintiff*
