# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JEFFREY MIRE,

    Plaintiff,

v.                                Case No. 3:21-cv-238-MMH-JRK

GULF COAST COLLECTIONS
BUREAU, INC.,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Settlement Pending as to Defendant, Gulf Coast Collections Bureau, Inc. (Dkt. No. 9; Notice) filed on April 8, 2021. In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **June 8, 2021**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **June 8, 2021**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of April, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -