# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JEFFREY MIRE,

    Plaintiff,

v.                                Case No.   3:21-cv-238-MMH-JRK

GULF COAST COLLECTIONS
BUREAU, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On April 8, 2021, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 10; Order). The Court also provided that the parties shall have until June 8, 2021 to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by June 8, 2021, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of June, 2021.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

i52

Copies to:

Counsel of Record